IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.  4:23CR268 |
| v. | § | Judge Jordan |
| | § | |
| JALEN ALEXANDER BOBO (2) | § | |

## ELEMENTS OF THE OFFENSE

The defendant, **Jalen Alexander Bobo (Bobo)**, is charged in Count Two of the First Superseding Indictment with violating 18 U.S.C. §§ 1594(c) (Conspiracy to Commit Sex Trafficking by Force, Fraud, and Coercion).  The elements of the offense that the government must prove beyond a reasonable doubt, but that **Bobo** would admit if his plea is accepted, are:

### Conspiracy

1. The defendant and at least one other person made an agreement to commit the crime of sex trafficking by force, fraud, or coercion, in violation of 18 U.S.C. § 1591(a), the elements of which are set forth below;

2. The defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose.

### 18 U.S.C. § 1591(a)

1. The defendant knowingly conspired with one or more other persons to recruit, entice, harbor, transport, provide, obtain, and maintain by any means another individual;

2. The defendant knew or believed that the individual would be caused to engage in a commercial sex act;

3. The defendant committed such act(s) knowing or in reckless disregard of the fact that means of force, threats of force, fraud, coercion, or any

   combination of such means would be used to cause the individual to engage in a commercial sex act; and

4.  The defendant's acts were in or affected interstate or foreign commerce.

            Respectfully submitted,

            DAMIEN M. DIGGS
            UNITED STATES ATTORNEY

            /s/
            Marisa J. Miller
            Assistant United States Attorney
            New York Bar No. 4366415
            101 East Park Boulevard, Suite 500
            Plano, Texas 75074
            (972)509-1201
            (972)509-1209 (fax)
            Marisa.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on May 5, 2025.

            /s/
            Marisa J. Miller