IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO.  4:23-CR-00268(2) |
| | § | |
| JALEN ALEXANDER BOBO | § | |

## ORDER

The defendant's amended motion to appoint co-counsel, Dkt. 141, is **GRANTED** based on the assertions in the motion.

It is therefore **ORDERED** that, pursuant to the Criminal Justice Act (18 U.S.C. § 3006A), the court appoints Roger E. Haynes, a member of the Criminal Justice Act Panel of this District, to assist current counsel Richard D. Howard with the defendant's representation.

So **ORDERED** and **SIGNED** this 5th day of May, 2025.

_____
Bill Davis
United States Magistrate Judge